Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lucky Rabbit, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Misuta Chow's** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1427944** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **521 Main Street** <br> **Buffalo, NY 14203** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Erie** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **misutachows.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| District | **Western District of New York** | When | **3/10/20** | Case number | **1-20-10406** |
| --- | --- | --- | --- | --- | --- |
| District | | When | | Case number | |

Case 1-24-10015-CLB, Doc 1, Filed 01/05/24, Entered 01/05/24 10:19:33, Description: Main Document , Page 2 of 43

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | Relationship | |
|--|--|--------------|--|
| Debtor | | | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

Contact name

Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|--|--|--|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|--|--|--|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|--|--|--|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 5, 2024**
               MM / DD / YYYY

**X** **/s/ Christi M. Allen**                          **Christi M. Allen**
Signature of authorized representative of debtor         Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Arthur G. Baumeister, Jr.**                 Date **January 5, 2024**
Signature of attorney for debtor                              MM / DD / YYYY

**Arthur G. Baumeister, Jr.**
Printed name

**Baumeister Denz LLP**
Firm name

**174 Franklin Street, Suite 2**
**Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone    **(716) 852-1300**    Email address    **abaumeister@bdlegal.net**

_____
Bar number and State

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 5, 2024**     X /s/ **Christi M. Allen**
                                         Signature of individual signing on behalf of debtor

                                         **Christi M. Allen**
                                         Printed name

                                         **Managing Member**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Lucky Rabbit, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alsco** **548 St. Paul Street** **Rochester, NY** **14605** | | **Royalties** | | | | **$1,980.00** |
| **Ascap** **250 W 57th Street** **14th Floor** **New York, NY 10107** | | **Royalties** | | | | **$2,930.00** |
| **BMI** **10 Music Square East** **Nashville, TN 37203** | | **Royalties** | | | | **$2,059.00** |
| **Braymiller Market** **225 Ellicot Street** **Buffalo, NY 14203** | | **Vendor** | | | | **$2,771.00** |
| **Buffalo News** **1 New Plaza** **Buffalo, NY 14203** | | **Advertising** | **Disputed** | | | **$2,700.00** |
| **Buffalo Special Investigations LLC** **P.O. Box 950** **Buffalo, NY 14240** | | **Services** | **Disputed** | | | **$4,429.09** |
| **Cherrywood Enterprises, LLC a/a/o Pawnee Leasing Corporation** **6901 Okeechobee Blvd. #D5-L2** **West Palm Beach, FL 33411** | | **equipment lease** | **Contingent Disputed** | | | **$21,619.82** |
| **DV Brown & Associates Inc.** **567 Vickers Street** **Tonawanda, NY 14150** | | **services** | **Disputed** | | | **$1,257.31** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ERC Specialists, LLC 560 E. Timpanogos Circle Orem, UT 84097 | | services | Disputed | | | $14,978.93 |
| IRS Help 2952 Seneca Street Buffalo, NY 14224 | | Services | Disputed | | | $1,800.00 |
| John Roger Trettel 285 Ellicott Street Buffalo, NY 14203 | | Loan | Disputed | | | $20,989.00 |
| Lancer Corporation 6655 Lancer Blvd. San Antonio, TX 78219 | | Vendor | Disputed | | | $5,942.00 |
| Lightspeed Loan 999 18th Street, Suite 2101N Denver, CO 80202 | | loan | Disputed | | | $65,099.00 |
| National Grid 300 Erie Boulevard West Syracuse, NY 13202 | | Utility | | | | $8,755.00 |
| Professional Sports Publications 1971 Western Ave., Dept. 1123 Albany, NY 12203 | | Advertising | | | | $1,395.00 |
| Schunk, Wilson & Company, PC 701 Seneca Street Suite 604 Buffalo, NY 14210 | | Services | Disputed | | | $27,390.00 |
| Stieglitz Snyder Architecture 425 Franklin Street Buffalo, NY 14202 | | services | Disputed | | | $3,220.00 |
| Susan Davis 58 Granger Place Buffalo, NY 14222 | | loan | | | | $19,000.00 |
| Tarantino Foods LLC 530 Bailey Avenue Buffalo, NY 14206 | | Vendor | | | | $913.00 |
| Woods Oviatt Gilman 1900 Bausch & Lomb Place Rochester, NY 14604 | | Services | | | | $9,452.76 |

Fill in this information to identify the case:

Debtor name **Lucky Rabbit, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................    $           0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................    $       68,709.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................    $       68,709.00

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      168,208.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $           0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$      223,282.91

4.    **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b                                                                         $      391,490.91

Case 1-24-10015-CLB,    Doc 1,    Filed 01/05/24,    Entered 01/05/24 10:19:33,
Description: Main Document  , Page 9 of 43

**Fill in this information to identify the case:**

Debtor name   **Lucky Rabbit, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Bank of America, N.A.** | **Checking - not utilized** | **6927** | $0.00 |
| 3.2. | **Bank of America, N.A.** | **Checking - not utlilized** | **6943** | $0.00 |
| 3.3. | **M&T Bank** | **Checking - "Payroll"** | **6536** | $4,148.00 |
| 3.4. | **M&T Bank** | **Checking - "Tax"** | **3265** | $22.00 |
| 3.5. | **M&T Bank** | **Checking - "Operating"** | **3257** | $1,884.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$6,054.00**

## Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1.  **Security Deposit with National Grid**                              **$165.00**

   7.2.  **Security Deposit with National Fuel**                              **$740.00**

   7.3.  **Security Deposit with Landlord**                                  **$3,750.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                  **$4,655.00**
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Food and beverage inventory** | | $0.00 | Recent cost | $8,000.00 |

Debtor **Lucky Rabbit, LLC**        Case number *(If known)* _____
  <sub>Name</sub>

| 23. | **Total of Part 5.** | $8,000.00 |
|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
  ■ No
  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ■ No
  ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ■ No.  Go to Part 8.
  ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No.  Go to Part 9.
  ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Steamer; ice machine; tilt skillet; grills (2); prep tables, sinks; tap tower; freezer; refridgerator; sandwich cooler; safe; misc. utensiles; stools; serving tables; TVs; patio structure; skeeball tables (2); cabinet video game; sound system; other misc. kitchen equipment** | $0.00 | Liquidation | $30,000.00 |

| 51. | **Total of Part 8.** | $30,000.00 |
|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ■ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Claim against former employee Eric Root in the amount of approximately $20,000** | **$20,000.00** |
|     Nature of claim      **Larceny/Conversion** | |
|     Amount requested      **$0.00** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$20,000.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor **Lucky Rabbit, LLC**      Case number *(If known)* _____

Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------:|-------------------------------:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,054.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,655.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $20,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $68,709.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $68,709.00 |

Debtor name   **Lucky Rabbit, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

**Official Form 206D**

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Five Star Bank**
Creditor's Name

**40-50 Fountain Plaza**
**Suite 150**
**Buffalo, NY 14202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**Blanket UCC Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$62,403.00**     **Unknown**

**2.2**

**New York State Dept of Tax**
Creditor's Name

**Bankruptcy Unit**
**POB 5300**
**Albany, NY 12205-0300**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020-23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**Warrants - See Schedule E**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$0.00**     **$0.00**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Snap Advances** | Describe debtor's property that is subject to a lien | $105,805.00 | Unknown |

Creditor's Name

Describe debtor's property that is subject to a lien
**A/R, cash accounts**

**1182 West 2400 Street**
**Salt Lake City, UT 84119**
Creditor's mailing address
_____

Describe the lien
**UCC Financing Statement**
_____
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$168,208.00** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Five Star Bank**<br>**c/o Daniel Sarzynski, Esq.**<br>**Rupp, Pfalzgraf LLC**<br>**1600 Liberty Building**<br>**Buffalo, NY 14202** | Line **2.1** | |

---

| Fill in this information to identify the case: |
|---|
| Debtor name **Lucky Rabbit, LLC** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | ☐ Contingent ☐ Unliquidated ☒ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **For notice purposes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| **New York State Dept of Tax Bankruptcy Unit** POB 5300 Albany, NY 12205-0300 | ☐ Contingent ☒ Unliquidated ☒ Disputed | | |
| Date or dates debt was incurred **2020-23** | Basis for the claim: **Taxes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**New York State Dept. of Labor Unemployment Insurance Division P.O. Box 4301 Binghamton, NY 13902-4301**

☐ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**unemployment insurance premiums**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,980.00 |
|---|---|---|---|

**Alsco 548 St. Paul Street Rochester, NY 14605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Royalties**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,930.00 |
|---|---|---|---|

**Ascap 250 W 57th Street 14th Floor New York, NY 10107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Royalties**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,059.00 |
|---|---|---|---|

**BMI 10 Music Square East Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Royalties**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,771.00 |
|---|---|---|---|

**Braymiller Market 225 Ellicot Street Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00 |
|---|---|---|---|

**Buffalo News 1 New Plaza Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Advertising**

Last 4 digits of account number **6761**

Is the claim subject to offset? ■ No ☐ Yes

Case 1-24-10015-CLB,   Doc 1,   Filed 01/05/24,   Entered 01/05/24 10:19:33, Description: Main Document , Page 19 of 43

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,429.09 |
|---|---|---|---|

**Buffalo Special Investigations LLC**
P.O. Box 950
Buffalo, NY 14240

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Buffalo Water**
281 Exchange STreet
Buffalo, NY 14202

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,619.82 |
|---|---|---|---|

**Cherrywood Enterprises, LLC**
a/a/o Pawnee Leasing Corporation
6901 Okeechobee Blvd. #D5-L2
West Palm Beach, FL 33411

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $209.00 |
|---|---|---|---|

**Cintas**
5740 Genesee Street
Lancaster, NY 14086

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Daeie Trading**
1450 128th Street
College Point, NY 11356

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **1231**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $532.00 |
|---|---|---|---|

**Deltex**
220 Elk Street
Buffalo, NY 14210

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,257.31 |
|---|---|---|---|

**DV Brown & Associates Inc.**
567 Vickers Street
Tonawanda, NY 14150

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-24-10015-CLB,   Doc 1,   Filed 01/05/24,   Entered 01/05/24 10:19:33,
Description: Main Document  , Page 20 of 43

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,978.93** |
|---|---|---|---|

**ERC Specialists, LLC**
**560 E. Timpanogos Circle**
**Orem, UT 84097**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __services__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Groovn Sound & Entertainment**
**125 Galleria Drive**
**Unit 1474**
**Buffalo, NY 14225**

Date(s) debt was incurred __2019__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**IRS Help**
**2952 Seneca Street**
**Buffalo, NY 14224**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$713.00** |
|---|---|---|---|

**Jobena**
**85 Northpointe Pkwy., Suite 1**
**Amherst, NY 14228**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,989.00** |
|---|---|---|---|

**John Roger Trettel**
**285 Ellicott Street**
**Buffalo, NY 14203**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,942.00** |
|---|---|---|---|

**Lancer Corporation**
**6655 Lancer Blvd.**
**San Antonio, TX 78219**

Date(s) debt was incurred __2019__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,099.00** |
|---|---|---|---|

**Lightspeed Loan**
**999 18th Street, Suite 2101N**
**Denver, CO 80202**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __loan__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 1-24-10015-CLB,   Doc 1,   Filed 01/05/24,   Entered 01/05/24 10:19:33,
Description: Main Document , Page 21 of 43

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**Mesmer**
**930 Bailey Avenue**
**Buffalo, NY 14206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,755.00** |
|---|---|---|---|

**National Grid**
**300 Erie Boulevard West**
**Syracuse, NY 13202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Utility**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,395.00** |
|---|---|---|---|

**Professional Sports Publications**
**1971 Western Ave., Dept. 1123**
**Albany, NY 12203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Advertising**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,390.00** |
|---|---|---|---|

**Schunk, Wilson & Company, PC**
**701 Seneca Street**
**Suite 604**
**Buffalo, NY 14210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2019**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$498.00** |
|---|---|---|---|

**SEASAC**
**35 Music Square East**
**Nashville, TN 37203-4362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Royalties**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Small Business Adminstration**
**130 S. Elmwood**
**Buffalo, NY 14202**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim:  **loan guarantee**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,220.00** |
|---|---|---|---|

**Stieglitz Snyder Architecture**
**425 Franklin Street**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2019**

Basis for the claim:  **services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,000.00 |
|---|---|---|---|

**Susan Davis**
**58 Granger Place**
**Buffalo, NY 14222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim:  __loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $913.00 |
|---|---|---|---|

**Tarantino Foods LLC**
**530 Bailey Avenue**
**Buffalo, NY 14206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Upserve**
**10 Dorrance Street**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __See Schedule G__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,452.76 |
|---|---|---|---|

**Woods Oviatt Gilman**
**1900 Bausch & Lomb Place**
**Rochester, NY 14604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim:  __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Yelp**
**140 New Montgomery Street**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2019__

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cherrywood Enterprises, LLC** **c/o Jaazaniah Asahguii, Esq.** **Law Offices of Steven Cohen LLC** **540 East 180th Street, Suite 203** **Bronx, NY 10457** | Line __3.8__ ☐ Not listed. Explain ____ | __ |
| 4.2 | **ERC Specialists LLC** **c/o Benjamin P. Thomas, Esq.** **Strong & Hanni** **102 South 200 East, Suite 800** **Salt Lake City, UT 84111** | Line __3.13__ ☐ Not listed. Explain ____ | __ |

Case 1-24-10015-CLB,   Doc 1,   Filed 01/05/24,   Entered 01/05/24 10:19:33,
Description: Main Document  , Page 23 of 43

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 223,282.91 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 223,282.91 |

Debtor name **Lucky Rabbit, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **non-residential lease of 521 Main Street- 5 year term (with renewals) commencing 10/16/2022, $4,313.50 monthly, plus utilities and taxes.** | |
| State the term remaining | **45 months** | |
| List the contract number of any government contract | _____ | **Jemal's Sandoro, LLC**<br>**1 Seneca Street, Suite 2800**<br>**Buffalo, NY 14203** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **point of sale system; 48 month term commencing 3/2020; monthly $1,122.** | |
| State the term remaining | **48 months** | |
| List the contract number of any government contract | _____ | **Upserve**<br>**10 Dorrance Street**<br>**Providence, RI 02903** |

Debtor name **Lucky Rabbit, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Christi Allen** | **156 Crescent Ave. Buffalo, NY 14214** | **Snap Advances** | ■ D __**2.3**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Christi Allen** | **156 Crescent Ave. Buffalo, NY 14214** | **Five Star Bank** | ■ D __**2.1**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Christi Allen** | **156 Crescent Ave. Buffalo, NY 14214** | **John Roger Trettel** | ☐ D _____ <br> ■ E/F __**3.17**__ <br> ☐ G _____ |
| 2.4 **Christi Allen** | **156 Crescent Ave. Buffalo, NY 14214** | **New York State Dept of Tax** | ☐ D _____ <br> ■ E/F __**2.2**__ <br> ☐ G _____ |
| 2.5 **Christi Allen** | **156 Crescent Ave. Buffalo, NY 14214** | **Small Business Adminstration** | ☐ D _____ <br> ■ E/F __**3.25**__ <br> ☐ G _____ |

Case 1-24-10015-CLB,    Doc 1,    Filed 01/05/24,    Entered 01/05/24 10:19:33,
Description: Main Document  , Page 26 of 43

| Debtor | **Lucky Rabbit, LLC** | Case number *(if known)* |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **John Mark Bechtel** — **156 Crescent Ave. Buffalo, NY 14214** | **Snap Advances** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **John Mark Bechtel** — **156 Crescent Ave. Buffalo, NY 14214** | **Five Star Bank** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **John Mark Bechtel** — **156 Crescent Ave. Buffalo, NY 14214** | **John Roger Trettel** | ☐ D _____ <br> ■ E/F ___3.17___ <br> ☐ G _____ |
| 2.9 | **John Mark Bechtel** — **156 Crescent Ave. Buffalo, NY 14214** | **New York State Dept of Tax** | ☐ D _____ <br> ■ E/F ___2.2___ <br> ☐ G _____ |
| 2.10 | **John Mark Bechtel** — **156 Crescent Ave. Buffalo, NY 14214** | **Small Business Adminstration** | ☐ D _____ <br> ■ E/F ___3.25___ <br> ☐ G _____ |
| 2.11 | **John Mark Bechtel** — **156 Crescent Ave. Buffalo, NY 14214** | **Cherrywood Enterprises, LLC** | ☐ D _____ <br> ■ E/F ___3.8___ <br> ☐ G _____ |

Case 1-24-10015-CLB,    Doc 1,    Filed 01/05/24,    Entered 01/05/24 10:19:33,
Description: Main Document  , Page 27 of 43

**Fill in this information to identify the case:**

Debtor name    **Lucky Rabbit, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other   **Sales** | **$3,148.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Sales** | **$1,640,197.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Sales** | **$1,181,725.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.1. **New York State Dept. of Tax** | 1/4/2023 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Levy on Warrant** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Cherrywood Enterprises, LLC v. Lucky Rabbit LLC & John Mark Bechtel**<br>**812699/2022** | **Collection action** | **NYS Supreme Court, Erie County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

Case 1-24-10015-CLB,   Doc 1,   Filed 01/05/24,   Entered 01/05/24 10:19:33,
Description: Main Document  , Page 29 of 43

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Baumeister Denz LLP 172 Franklin Street, Suite 2 Buffalo, NY 14202** | **Attorney Fees** | **1/2024** | **$10,000.00** |
| | Email or website address **abaumeister@bdlegal.net** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

<div style="background:#000;color:#fff">Part 8:</div> Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<div style="background:#000;color:#fff">Part 9:</div> Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<div style="background:#000;color:#fff">Part 10:</div> Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Buffalo Pinball**<br>**101 Hidden Oaks**<br>**Grand Island, NY 14072** | **Debtor's business premises** | **Various pinball machines** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Western NY Arcade**<br>**57 Garden Parkway**<br>**Williamsville, NY 14221** | **Debtor's business premises** | **various arcade games** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **WNY ATM LLC** | **Debtor's business premises** | **ATM machine** | **Unknown** |

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Jessica Eastwood**<br>**112 Dorchester Rd.**<br>**Buffalo, NY 14213** | **Various** |
| 26a.2. **Down to Earth Business Management**<br>**5328 Alhama Dr.**<br>**Woodland Hills, CA 91364** | **Various** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **John Mark Bechtel** | **156 Crescent Ave. Buffalo, NY 14214** | **memberhship interest** | **25%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Christi Allen** | **156 Crescent Ave. Buffalo, NY 14214** | **membership interest; managing member** | **75%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☒ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☒ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☒ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☒ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

| **Part 14:** | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January  5, 2024**_____

**/s/ Christi M. Allen**_____          **Christi M. Allen**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Managing Member**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of New York

In re __Lucky Rabbit, LLC_____    Case No. _____

Debtor(s)      Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

     **The above fee represents the retainer paid for pre-petition and post petition services. I will be filing an application for appointment as counsel for the Debtor for all post-petition services and any and all compensation associated with post-petition representation shall be as set forth in the Order of Appointment subject to further Order of the Court.**

<div style="border:1px solid">

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__January 5, 2024_____      **/s/ Arthur G. Baumeister, Jr.**
*Date*      **Arthur G. Baumeister, Jr.**
     *Signature of Attorney*
     **Baumeister Denz LLP**
     **174 Franklin Street, Suite 2**
     **Buffalo, NY 14202**
     **(716) 852-1300 Fax: (716) 852-1344**
     **abaumeister@bdlegal.net**
     *Name of law firm*

</div>

# United States Bankruptcy Court
## Western District of New York

In re **Lucky Rabbit, LLC** _____ Case No. _____
Debtor(s)                                        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christi Allen**<br>**156 Crescent Ave.**<br>**Buffalo, NY 14214** | **common** | **75%** | **membership** |
| **John Mark Bechtel**<br>**156 Crescent Ave.**<br>**Buffalo, NY 14214** | **common** | **25%** | **membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 5, 2024** _____  Signature  **/s/ Christi M. Allen**
                                                          **Christi M. Allen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**

**Western District of New York**

In re   **Lucky Rabbit, LLC** _____    Case No. _____

                                    Debtor(s)      Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **January  5, 2024** _____      **/s/ Christi M. Allen** _____

                                              **Christi M. Allen**/**Managing Member**

                                              Signer/Title

Alsco
548 St. Paul Street
Rochester, NY 14605


Ascap
250 W 57th Street
14th Floor
New York, NY 10107


BMI
10 Music Square East
Nashville, TN 37203


Braymiller Market
225 Ellicot Street
Buffalo, NY 14203


Buffalo News
1 New Plaza
Buffalo, NY 14203


Buffalo Special Investigations LLC
P.O. Box 950
Buffalo, NY 14240


Buffalo Water
281 Exchange STreet
Buffalo, NY 14202


Cherrywood Enterprises, LLC
a/a/o Pawnee Leasing Corporation
6901 Okeechobee Blvd. #D5-L2
West Palm Beach, FL 33411


Cherrywood Enterprises, LLC
c/o Jaazaniah Asahguii, Esq.
Law Offices of Steven Cohen LLC
540 East 180th Street, Suite 203
Bronx, NY 10457


Cintas
5740 Genesee Street
Lancaster, NY 14086

Daeie Trading
1450 128th Street
College Point, NY 11356


Deltex
220 Elk Street
Buffalo, NY 14210


DV Brown & Associates Inc.
567 Vickers Street
Tonawanda, NY 14150


ERC Specialists LLC
c/o Benjamin P. Thomas, Esq.
Strong & Hanni
102 South 200 East, Suite 800
Salt Lake City, UT 84111


ERC Specialists, LLC
560 E. Timpanogos Circle
Orem, UT 84097


Five Star Bank
40-50 Fountain Plaza
Suite 150
Buffalo, NY 14202


Five Star Bank
c/o Daniel Sarzynski, Esq.
Rupp, Pfalzgraf LLC
1600 Liberty Building
Buffalo, NY 14202


Groovn Sound & Entertainment
125 Galleria Drive
Unit 1474
Buffalo, NY 14225


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IRS Help
2952 Seneca Street
Buffalo, NY 14224

Jemal's Sandoro, LLC
1 Seneca Street, Suite 2800
Buffalo, NY 14203


Jobena
85 Northpointe Pkwy., Suite 1
Amherst, NY 14228


John Roger Trettel
285 Ellicott Street
Buffalo, NY 14203


Lancer Corporation
6655 Lancer Blvd.
San Antonio, TX 78219


Lightspeed Loan
999 18th Street, Suite 2101N
Denver, CO 80202


Mesmer
930 Bailey Avenue
Buffalo, NY 14206


National Grid
300 Erie Boulevard West
Syracuse, NY 13202


New York State Dept of Tax
Bankruptcy Unit
POB 5300
Albany, NY 12205-0300


New York State Dept. of Labor
Unemployment Insurance Division
P.O. Box 4301
Binghamton, NY 13902-4301


Professional Sports Publications
1971 Western Ave., Dept. 1123
Albany, NY 12203

Schunk, Wilson & Company, PC
701 Seneca Street
Suite 604
Buffalo, NY 14210


SEASAC
35 Music Square East
Nashville, TN 37203-4362


Small Business Adminstration
130 S. Elmwood
Buffalo, NY 14202


Snap Advances
1182 West 2400 Street
Salt Lake City, UT 84119


Stieglitz Snyder Architecture
425 Franklin Street
Buffalo, NY 14202


Susan Davis
58 Granger Place
Buffalo, NY 14222


Tarantino Foods LLC
530 Bailey Avenue
Buffalo, NY 14206


Upserve
10 Dorrance Street
Providence, RI 02903


Woods Oviatt Gilman
1900 Bausch & Lomb Place
Rochester, NY 14604


Yelp
140 New Montgomery Street
San Francisco, CA 94105

# United States Bankruptcy Court
## Western District of New York

In re  **Lucky Rabbit, LLC**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Lucky Rabbit, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 5, 2024**

Date

**/s/ Arthur G. Baumeister, Jr.**

**Arthur G. Baumeister, Jr.**

Signature of Attorney or Litigant

Counsel for  **Lucky Rabbit, LLC**

**Baumeister Denz LLP**

**174 Franklin Street, Suite 2**
**Buffalo, NY 14202**
**(716) 852-1300 Fax:(716) 852-1344**
**abaumeister@bdlegal.net**