UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

LUCKY RABBIT, LLC

      Debtor(s).

**IN PROCEEDINGS
UNDER CHAPTER 11**

Case No. 1-24-10015-CLB

### NOTICE OF APPEARANCE

  Daniel E. Sarzynski, and the law firm of Rupp Pfalzgraf LLC, attorneys for Five Star Bank, creditor and party-in-interest herein, hereby enter their appearance in the above-named case on behalf of that creditor. Rupp Pfalzgraf LLC requests that it be placed on the mailing matrix in the above case and be made "special notice parties" in the case. Further, pursuant to Bankruptcy Rules 2002(g), the undersigned hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned.

  **PLEASE TAKE FURTHER NOTICE** that the foregoing requested documents include not only the notices and papers referred to in Bankruptcy Rule 2002, but also include, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way of the above creditor's rights or interests with respect to the Debtor, property

or proceeds thereof in which the Debtors may claim an interest, or proceeds thereof in possession, custody or control of the above-named creditor which Debtors may seek to use, and (2) which require or seek to require an act, delivery of any property, payment or other conduct by the above-named creditor.

**PLEASE TAKE FURTHER NOTICE** that Rupp Pfalzgraf LLC (Daniel E. Sarzynski, Esq.) hereby consents to electronic notification.

DATED: January 5, 2024

        **RUPP PFALZGRAF LLC**
        Attorneys for Five Star Bank

        By: s/Daniel E. Sarzynski
            Daniel E. Sarzynski, Esq.
        Office and Post Office Address
        1600 Liberty Building
        Buffalo, New York 14202-3694
        Telephone: (716) 854-3400
        Email: sarzynski@RuppPfalzgraf.com