UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

LUCKY RABBIT, LLC

Debtor(s).

**IN PROCEEDINGS
UNDER CHAPTER 11**

Case No. 1-24-10015-CLB

**CERTIFICATE OF SERVICE**

      Daniel E. Sarzynski, by his signature below, hereby certifies that on January 5, 2024, he electronically filed the Notice of Appearance dated January 5, 2024, with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the e-mail address designated for such service to (a) Arthur G. Baumeister, Jr., Baumeister Denz LLP, 174 Franklin Street, Suite 2, Buffalo, New York 14202; (b) Christi M. Allen, 156 Crescent Avenue, Buffalo, New York 14214; (c) Joseph W. Allen, Office of the U.S. Trustee, Olympic Towers, 300 Pearl Street, Suite 401, Buffalo, New York 14202; and (d) all other parties entitled to electronic notice at their designated addresses.

DATED:  January 5, 2024

                **RUPP PFALZGRAF LLC**
                Attorneys for Five Star Bank

                By:   s/Daniel E. Sarzynski
                     Daniel E. Sarzynski, Esq.
                Office and Post Office Address
                1600 Liberty Building
                Buffalo, New York 14202-3694
                Telephone:  (716) 854-3400
                Email:  sarzynski@RuppPfalzgraf.com